| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:07-CR-70 |
| § | |
| RONALD CHAD FERGUSON § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of the defendant's motion to dismiss (#46). Judge Giblin submitted a report and recommendation (#59) on the motion. He recommended that the Court deny the motion to dismiss.

The parties have not objected to Judge Giblin's report. The Court accepts his findings of fact and recommendation. The Court **ORDERS** that the report and recommendation (#59) of the United States Magistrate Judge is **ADOPTED.** Defendant's motion to dismiss (#46) is accordingly **DENIED**.

SIGNED at Beaumont, Texas, this 5th day of October, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE