| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:07-CR-70 |
| | § | |
| RONALD CHAD FERGUSON | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of the defendant's motion to suppress (#45). Judge Giblin submitted a report and recommendation (#73) on the motion. He recommended that the Court deny the motion to suppress.

Defendant filed objections to the magistrate judge's recommendation (#76). Pursuant to Defendant's request and in accordance with 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of the magistrate's findings, the record, the relevant evidence, Defendant's specific objections, and the applicable law in this proceeding. After review, the Court finds that Judge Giblin's report should be accepted. Defendant's objections are overruled. The Court **ORDERS** that the report and recommendation (#73) of the United States Magistrate Judge is **ADOPTED.** Defendant's motion to suppress (#45) is accordingly **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of November, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE